**Jimmy JOHNSON, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 60747.

Missouri Court of Appeals,
Eastern District,
Division One.

May 5, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 3, 1992.

Application to Transfer Denied
July 21, 1992.

David Bruns, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We dismiss. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order dismissing the appeal pursuant to Rule 84.16(b).